AO91 (Rev. 12/03) Criminal Complaint *Felony* AUSA

United States District Court
Southern District of Texas
FILED

DEC 24 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: B-19- 1317-MJ |
| Jose TREJO-Fuentes | |
| A079 047 317 Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __December 23, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on December 23, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 9/04/13. The defendant was convicted of Aggravated Driving While Intoxicated on May 4, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $200 U.S. dollars and $2,250 Mexican pesos in his possession at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Rodriguez, Iris G.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

December 24, 2019                                at      Brownsville, Texas
Date                                                      City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge               Title of Judge          Signature of Judge